# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HANNAH BREE WOOD,<br><br>Defendant. | 1:13-CR-00083-SPW<br><br>ORDER GRANTING<br>EARLY TERMINATION OF<br>SUPERVISED RELEASE |

On July 17, 2019, Ms. Wood filed a motion for early termination of supervised release. (Doc. 105.) The United States did not file a response. Upon Ms. Wood's motion, and for good cause appearing,

IT IS HEREBY ORDERED Ms. Wood's motion is GRANTED. Her supervised release is terminated as of the date of this Order.

The Court directs the Clerk of Court to notify counsel of this Order.

DATED this 6th day of August 2019.

_____
SUSAN P. WATTERS
United States District Judge

1